IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO COTA ROBLES, | 1: 07-CV-0976 OWW DLB (PC) |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT |
| CHARLES DEROSA, et al., | STATEMENT **OR** PAY FILING FEE |
| Defendants. / | |

Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

1

1  In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, **or** in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** **July 20, 2007**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE